PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: WILLIAMS, Raphael          Cr.: 17-00341-001
                                                                  PACTS #: 63558

Name of Sentencing Judicial Officer:    THE HONORABLE JOHN MICHAEL VAZQUEZ
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/19/2018

Original Offense:    Possession of a Firearm by a Convicted Felon

Original Sentence: 64 months imprisonment; 3 years supervised release; $100 Special Assessment

Special Conditions: 1) drug testing/treatment; 2) refrain from any crime/threat group association; 3) abide by any Court-ordered child support order

Type of Supervision: Supervised Release          Date Supervision Commenced: 10/20/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On December 7, 2022, Williams admitted abusing marijuana while on supervised release. Reportedly, such illicit use occurred on/about December 3, 2022. |
| 2 | Williams failed to report a change in employment within the specified time limits. Specifically, on December 7, 2022, upon direct questioning, he disclosed that he quit his job and last worked on/about November 29, 2022. |

U.S. Probation Officer Action: Probation will present this document to Williams as a letter of reprimand. The noncompliance detailed herein may be included in a violation report if the Probation Office deems fit and noncompliance continues.

Prob 12A – page 2
WILLIAMS, Raphael

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Joseph Empirio/jj*

By: JOSEPH EMPIRIO
Senior U.S. Probation Officer

/ jae

APPROVED:

_____  12/21/2022
JOSEPH A. DAGROSSA                Date
Assistant Deputy Chief U.S. Probation Officer

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] Probation will present this document to the offender as a written reprimand issued under the authority of the United States District Court *(PROBATION RECOMMENDED)*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

12/21/2022
Date